UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA R. GARCIA,

        Plaintiff,                                     Case No. 2:24-cv-10324

v.                                                          Honorable Susan K. DeClercq
                                                                 United States District Judge

TENNECO AUTOMOTIVE OPERATING
COMPANY, INC.,

        Defendant.
_____/

## ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL (ECF No. 25) AND DISMISSING CASE WITH PREJUDICE

On October 22, 2025, the Parties filed a stipulation of dismissal with prejudice pursuant to Civil Rule 41(a)(1)(A)(ii). ECF No. 25. Having reviewed the stipulation, Civil Rule 41, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties Stipulation of Dismissal with Prejudice, ECF No. 25, is **GRANTED**.

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**This is a final order and closes the above-captioned case.**

                                                                        */s/Susan K. DeClercq*
                                                                        SUSAN K. DeCLERCQ
                                                                        United States District Judge

Dated: November 5, 2025